464 A.2d 524

Lederer, Appellant v. Lederer.

Submitted April 14, 1983. Dennis J. Cogan, for appellant; Joseph J. Carlin, for appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.
Order affirmed.

HOFFMAN, J. did not participate in the consideration or decision of this case.